# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

FILED

2020 OCT 19 PM 1:20

DEPUTY CLERK_____

MR. Shaun D. Justice Sr.
Plaintiff

v.

**3-20CV3172-S**

Civil Action No.

PSI-Intertek
Defendant

## COMPLAINT

On 9/02/2020 Supervisor (Aaron Pulpaneck) slapped me on my rear end while I was clocking out to leave work for today. I walked him into Manager (Jason Allen) office and have him tell him what he had done. I filed Report with Intertek-PSF and HR (Bob Hill) Investigated Report in one week. He stated it wasn't harrasment to the the behavoir of sexual harrasment. Mr Pulaneck stated to Jason Allen that this was his way of greeting and speaking. I belive that this is discrimination against my sexuality and it was male on male and my color. Had I done this or someone else the actions would have been different. Sexual Harrasment under Title VII of Civil Rights Act of 1964 amend 8 color age, sex ed. I was not given fair treatment and I was violated by Mr. Aaron Pulpaneck but by Intertek PSI of discrimination and sexual assult, harrasment.

\* Attach additional pages as needed.

Date        10/19/2020

Signature   Shaun D. Justice Sr.

Print Name  SHAUN D. Justice SR

Address     2718 LAWRENCE ST

City, State, Zip   DALLAS, TX 75215

Telephone   469-554-1975

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 450-2020-02131 |

**Texas Workforce Commission Civil Rights Division** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Shaun D. Justice, Sr.** | **(469) 554-1975** | **1982** |

| Street Address | City, State and ZIP Code |
|---|---|
| **2718 Lawrence St., Dallas, TX 75215** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **PSI -INTERTEK** | **201 - 500** | **(713) 543-3777** |

| Street Address | City, State and ZIP Code |
|---|---|
| **310 Regal Row,  Dallas, TX 75247** | |

**RECEIVED**

FEB 1 3 2020

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
DALLAS DISTRICT

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION

☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **01-02-2020**  Latest: **01-02-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I.        PERSONAL HARM:**
**a.  On 01/02/2020, Aaron Pulpaneck (Supervisor) slapped me on my but while I was clocking out to leave work. I reported this incident to Jason Allen (Manager).**
**b.  On 01/10/2020, Robert Hill informed me via email that concluded the investigation and findings suggested that Aaron Pulpaneck behavior did not rise to the level sexual harassment.**
**ADVERSE ACTION:**
**a.        Aaron Pulpaneck stated to Jason Allen that his way of speaking and he does it to other guys in the office.**
**b.        No reason given.**
**III.        DISCRIMINATION STATEMENT:**
**I believe that I was discriminated against because of my sex (Male) sexual harassment, in violation of Title VII of the Civil Rights Act of 1964, as amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Feb 13, 2020**     *Shaun Justice Sr*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Dallas District Office

# RECEIVED

FEB 1 3 2020

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
DALLAS DISTRICT

207 S. Houston Street, 3rd Floor
Dallas, TX 75202-4726
Toll Free: (866) 408-8075
TTY (800) 669-6820
Investigation Fax (214) 253-2720
Mediation Fax (214) 253-2899
http://www.eeoc.gov

Dallas District Office
San Antonio Field Office
El Paso Area Office

## CHARGING PARTY
## INVITATION TO MEDIATE

DATE: February 13, 2020          CHARGE NUMBER:  450-2020-02131N

The Equal Employment Opportunity Commission (EEOC) has determined that your charge is eligible for mediation. Please review the attached pamphlet, "*Mediation—What You Need To Know And Why You Should Try It*", and read how mediation can work for you. We would like for you to try and benefit from mediation!

Return this INVITATION TO MEDIATE to our MEDIATION STAFF within **15 days** to the address above or the fax number below.

*Please check one of the following options and fill out your contact information in the box below.

**OPTION #1:** _____ **YES, I WILL PARTICIPATE IN EEOC MEDIATION**
(if you agree to mediate, please return *this* form and also forms *2 & 3*)

**OPTION # 2:** _____ **I WOULD LIKE ADDITIONAL INFORMATION
ABOUT MEDIATION**

*Please complete the box regardless of the option selected:*

| | | | |
|---|---|---|---|
| **Name:** | Shaun D. Justice, Sr. | | |
| **Address:** | 2718 Lawrence St. | **City/State/Zip:** | Dallas, TX 75215 |
| **Phone:** | (469) 554-1975 | **Cell Number:** | |
| **Email:** | Shaunjustice2@gmail | **Fax Number:** | |

*If you have representation, please provide the following information:*

**Representative's Name:**          **Phone:**

**Representative's Address:**

**Representative's City/State/Zip:**          **Fax:**

**Representative's Email:**

- Please ensure the attorney representing you faxes a <u>letter of representation</u> to us.

# FAX TO: 214-253-2899

# Form #2

## AGREEMENT TO MEDIATE

**CHARGE NO.:**  450-2020-02131N

This is an agreement by the parties to participate in a mediation in the above referenced charge. The parties understand that mediation is a voluntary process, which may be terminated at any time.

The parties and, if they desire, their representatives and/or attorneys, are invited to attend a mediation session. No one else may attend without the consent of the mediator(s).

The mediator(s) will not function as the representative of either party. However, the mediator(s) may assist the parties in crafting a settlement agreement. Each party acknowledges being advised of their option to seek independent legal review prior to signing any settlement agreement.

The parties acknowledge that the mediator(s) possesses the discretion to terminate the mediation at any time if any impasse occurs or either party or the mediator deems the case inappropriate for mediation.

The parties recognize the mediation is a confidential process and agree to abide by the terms of the attached Confidentiality Agreement.

The parties acknowledge that if a settlement is reached as a result of the mediation, the assigned mediator(s) is required to report to EEOC any benefits received. This information is reported only for purposes of providing aggregate data to the EEOC for Mediation program evaluation purposes, and the individual terms of the agreement will not be disclosed to the public.

| | | |
|---|---|---|
| _Shaun Justus_ 02/13/2020 | | _____ |
| CHARGING PARTY          DATE | | RESPONDENT                    DATE |
| | | |
| _____ | | _____ |
| CHARGING PARTY          DATE REPRESENTATIVE | | RESPONDENT                    DATE REPRESENTATIVE |

## ** *RETURN THIS FORM IF YOU AGREED TO MEDIATE* **

# Form #3

## CONFIDENTIALITY AGREEMENT

**CHARGE NO :**  450-2020-02131N

1.  The parties agree to participate voluntarily in mediation in an effort to resolve the charge(s) filed with the EEOC.

2.  The parties agree that all matters discussed during the mediation are confidential, unless otherwise discoverable and cannot be used as evidence in any subsequent administrative or judicial proceeding.  Confidentiality, however, will not extend to threats of imminent physical harm or incidents of actual violence that occur during the mediation.

3.  Any communications between the ADR coordinator and the mediator(s) and/or the parties are considered dispute resolution communications with a neutral party and will be kept confidential.

4.  The parties agree not to subpoena the mediator(s) or compel the mediator(s) to produce any documents provided by a party in any pending or future administrative or judicial proceeding.  The mediator(s) will not voluntarily testify on behalf of a party in any pending or future administrative or judicial proceeding.  The parties further agree that the mediator(s) will be held harmless for any claim arising from the mediation process.

5.  Mediation sessions will not be tape-recorded or transcribed by the EEOC, the mediator or any of the participants.  All information or materials provided or created by the mediator including all notes, records, or documents generated during the course of the mediation shall be destroyed by the mediator after conclusion of the mediation.  Parties or their representatives are not prohibited from retaining their own notes.  However, the EEOC will not maintain any such notes or records as part of its record keeping procedures.

6.  If a settlement is reached by all the parties, the agreement shall be reduced to writing and when signed shall be binding upon all parties to the agreement.  If the charge(s) is not resolved through mediation, it is understood by the parties that the charge(s) will be transferred to the investigative unit for further processing.

| | | |
|---|---|---|
| _Shaun Justice Sr_  08/13/2018 | _____ | |
| Charging Party            Date | Respondent            Date | |

| | | |
|---|---|---|
| _____ | _____ | |
| Charging Party            Date | Respondent            Date | |
| Representative | Representative | |

## ** *RETURN THIS FORM IF YOU AGREED TO MEDIATE***

EEOC Form 161 (11/16)

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Shaun D. Justice, Sr.<br>2718 Lawrence St.<br>Dallas, TX 75215 | From: Dallas District Office<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |
|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative<br>Dennis G. Guzman,<br>Investigator | Telephone No.<br>(972) 918-3594 |
|---|---|---|
| 450-2020-02131 | | |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Belinda F. McCallister,
District Director

August 19, 2020
*(Date Mailed)*

Enclosures(s)

cc:   Todd A. Andrews
      General Counsel
      INTERTEK -PSI
      3612 HECTOR LN
      Naperville, IL 60564

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    –    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    –    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    –    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months** of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Dallas District Office**

207 S. Houston Street, 3rd Floor
Dallas, TX 75202-4726
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Dallas Direct Dial: (972) 918-3580
FAX: (214) 253-2720
Website: www.eeoc.gov

Dallas District Office
   San Antonio Field Office
   El Paso Area Office

Shaun D. Justice, Sr.
2718 Lawrence St.
Dallas, TX 75215

Re:    Charge No. 450-2020-02131
       Respondent:  PSI -INTERTEK

Dear Mr. Justice:

Thank you for the additional information you submitted in response to our preliminary assessment of the evidence and decision to dismiss your charge of employment discrimination.  We want to assure you that all the evidence submitted by you and the employer has been considered in our review of your case.

After review of the additional information you provided, it is our assessment that further investigation is unlikely to result in a violation of the statutes we enforce.  While we realize that you have firm views that the evidence supports your position you were discriminated against, the final determination must comport with our interpretation of the available evidence and the laws we enforce.

Therefore, please find enclosed the Dismissal and Notice of Rights that represents a final determination by the U.S. Equal Employment Opportunity Commission (EEOC) and describes your right to pursue the matter by filing a lawsuit within ninety (90) days of your receipt of the notice.  If you fail to file a lawsuit within the statutory ninety-day period, your right to sue in federal court will expire and cannot be restored by EEOC.  Additionally, you may wish to consider consultation with private counsel who specializes in employment law for an assessment of your circumstances and the likelihood of prevailing in any litigation you might initiate.

We hope this information is helpful to you.

Sincerely,

August 19, 2020
DATE

*Dennis Guzman*
Dennis Guzman
Federal Investigator

Encl.:  Dismissal and Notice of Rights (EEOC Form 161)

**POSITION STATEMENT-CHARGE NO. 450-2020-02131 (Shaun Justice)**

Mr. Justice has alleged in his charge that on January 2, 2020, a supervisor slapped him on his rear end. The charge sets forth an isolated incident and the Company's investigation has not revealed any similar incidents before or after this occurrence.

Mr. Bob Hill, HR Director, immediately investigated the incident and within one week (on January 9, 2020), the supervisor was provided with a written warning and a corrective action plan related to the reported incident. The Supervisor realizes that such conduct is not acceptable, and as suggested above, there has been no further incidents to report.

We have attached the above referenced corrective action document. Given the isolated nature of this reported incident, the fact that the company has a written plan that prohibits creating a hostile workplace and instructs on how to report any concerns (which clearly worked in this case given the immediate reporting of the incident, the quick investigation and the written corrective action document that took place within one week of the incident), we would suggest that there would be no actionable claim for discrimination or a hostile work place.

Todd Andrews
General Counsel
Intertek USA, Inc.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Dallas District Office

207 S. Houston Street, 3rd Floor
Dallas, TX 75202-4726
Toll Free: 866-408-8075
Potential Charge Inquiries: 800-669-4000
TTY (214) 253-2710
FAX (214) 253-2720
http://www.eeoc.gov

## INFORMATION YOU SHOULD KNOW:

Investigator _____ Omar _____
Telephone Number (214) 253-___ 972-918-3603 ___

Supervisory Investigator _____ Taylor _____
Telephone Number (214) 253-___ 972-918-3623 ___

The Equal Employment Opportunity Commission (EEOC) is a law enforcement agency which prepares charges, conducts investigations and in some cases, files lawsuits under federal laws which prohibit discrimination. The EEOC enforces:

**Title VII of the Civil Rights Act of 1964, as amended (Title VII), which prohibits employment discrimination based on race, color, religion, sex, or national origin; Title VII covers employers who employ fifteen (15) or more employees.**

**Equal Pay Act of 1963 (EPA), which protects men and women who perform substantially equal work in the same establishments from sex-based wage discrimination. EPA covers employers who employ two (2) or more employees.**

**Age Discrimination in Employment Act of 1967, as amended (ADEA), which protects individuals who are 40 years of age or older; ADEA covers employers who employ twenty (20) or more employees.**

**Title I of the Americans with Disabilities Act of 1990, as amended (ADA), which prohibits employment discrimination against qualified individuals with disabilities in the private sector and in state and local governments. (Medical documentation to confirm that your disability meets the criteria for coverage under the ADA is necessary) ADA covers employers who employ fifteen (15) or more employees.**

**Title II of the Genetic Information Nondiscrimination Act of 2008 (GINA), protects applicants and employees from discrimination based on genetic information. GINA restricts employers' acquisition of genetic information and strictly limits disclosure of genetic information. Genetic information includes information about genetic test of applicants, employees or their family members. GINA covers employers who employ fifteen (15) or more employees.**

**The EEOC also investigates allegations of retaliation. However, it only investigates allegations of retaliation for filing internal claims or filing charges under the above Federal laws, and/or for participating in proceedings under the above laws.**

The EEOC is not a court of law. We cannot order an employer to give you a remedy, even if we find a violation has occurred. Only a court of law can order a remedy. However, if the EEOC does find that unlawful discrimination has occurred, we will attempt to eliminate the unlawful practice by informal methods of conference and persuasion. If the case cannot be resolved through these informal methods, we may decide to take the matter to court on your behalf.

**With some charges, we may decide that the information given at Intake shows little likelihood of a violation. We will explain this to you. If you still wish to proceed with filing a charge, we will serve the charge on the Respondent and immediately dismiss the charge. When the charge is dismissed, you will receive a Notice of Right to Sue, so you can proceed in court based on your charge.**

Charges of Discrimination filed with the jurisdiction of the Dallas District Office of the EEOC must be filed within 300 days from the date of violation.

The EEOC is **a neutral investigative body**. Our decision on how to proceed is based on information from both sides. With most charges, we will serve the charge on the employer and ask the employer to give its position and provide supporting evidence. **We will not assume that an employer is misrepresenting or hiding evidence unless there is evidence to suggest such a possibility.**

We will ask you to name the witnesses, and we will discuss the witnesses with you in order to evaluate their possible contribution to the investigation. We may decide not to contact some or any of your witnesses, because they do not appear to have information that is relevant to your charge. For example, a witness who does not have firsthand knowledge of the incidents alleged will not be considered relevant. **Only witnesses who have relevant information will be requested to provide statements.**

The EEOC does not require anyone to be represented by an attorney. This is entirely your choice. However, if you are represented by an attorney, we ask that you give us the attorney's name, address, and telephone numbers, and that you ask your attorney to write us confirming that he or she does represent you. Copies of everything we send to you will be mailed at the same time to your attorney. We will always contact your attorney before we talk with you about your case, unless we make some other arrangements with you and your attorney.

You have an obligation during the course of the EEOC proceedings to keep us informed of any changes in your current address and telephone number. If the EEOC is unable to contact you, your charge could be dismissed. Similarly, if you are asked to cooperate in some way necessary to the investigation, such as replying to requests for information, and you decline to do so, your charge may be dismissed. It is also your responsibility to claim any certified mail sent to you from the EEOC.

charge may be dismissed. It is also your responsibility to claim any certified mail sent to you from the EEOC.

Every case filed with the EEOC will be filed with the State or Local Fair Employment Practices Agency (FEPA), which also has jurisdiction over your allegations. If you file your charge of discrimination with the EEOC, we will investigate the matter, unless you choose to have the FEPA investigate your charge. The FEPA's investigative procedures and methods are somewhat different and may include a hearing. The FEPA may also have jurisdiction over issues and bases that EEOC does not, and may investigate employers that we do not, such as those employers who have less than fifteen (15) employees. If you file your charge of discrimination with the FEPA, it will investigate the matter. If the charge filed with the FEPA is also covered by federal law, the FEPA will also file the charge with EEOC. It is not necessary for you to file your charge with both EEOC and FEPA. The respective agency will file the charge with the other agency, if appropriate.

As in all civil lawsuits, the person making the complaint has the ultimate burden of proof to show that discrimination has occurred. In order to prove you have been discriminated against, you must first belong to a class of persons protected by one of the laws we enforce and show you were harmed by employment decision. You must also show that a person who is not in the same protected class was not harmed under similar circumstances. This process is known as establishing a prima facie case, or a first level of proof.

Once you have established a prima facie case, the employer only has to indicate that it had a legitimate, nondiscriminatory reason for taking the employment action. The burden then shifts back to you to show that the reason offered by the respondent is not believable or not the real reason, but was used to cover discriminatory motives. This is called showing pretext.

Generally, in order to show pretext you must be able to provide: (1) direct evidence such as discriminatory statements; and/or (2) comparative evidence indicating that in a similar factual situation, persons not in your protected group were treated more favorably. If you cannot establish a prima facie case, or show pretext, your charge will be dismissed and you will be given a Notice of Right to Sue to pursue your charge in Federal District Court within 90 days of receipt of Right to Sue.

---

Cut along this line

Charge Number: _____

Printed Name: _____

Signature: _____

Date: _____

Email Address: _____

3

## CHARGING PARTY INFORMATION PACKET

*What is the EEOC?*

The Equal Employment Opportunity Commission (EEOC) is a law enforcement agency, not a court of law. We are not authorized to order a respondent to give you a remedy even if we find a violation has occurred, only a court of law can give you a remedy. However, if the EEOC does find that unlawful discrimination has occurred; we may decide to take the matter to court. At the end of the investigation, if your charge is not supported by the evidence, you will receive a Notice of Right to Sue. This allows you to file your own case in Court, if you so desire. A ruling on your case by the EEOC finding insufficient evidence to conclude discrimination will not deprive you of your right to proceed in Court.

The process of filing a charge with the EEOC is called Intake. You are the Charging Party, and the employer or organization you are filing against is the Respondent.

With some charges, we may decide that the information given at Intake shows little likelihood of a violation. We will explain this to you. If you still wish to proceed with filing a charge, we will serve the charge on the Respondent and immediately dismiss the charge. When the charge is dismissed, you will receive a Notice of Right to Sue, so you can proceed in court based on your charge.

If you wish, you may under Title VII and the ADA, request a Notice of Right to Sue without waiting for the EEOC to complete the investigation of your charge. However, please note that the District of Columbia Circuit Court of Appeals raised the issue about the early issuance of Right-to-Sue letters. This court held that complainants must wait 180 days after filing a charge with the EEOC before suing in court. EEOC does not agree with this decision. Also, once you receive your Notice of Right to Sue, you have a limited time (90 days) to file in court. Thus, you may wish to consult an attorney before requesting your Notice of Right to Sue. With respect to charges filed under the ADEA, an individual may file suit in court 60 days after the charge of discrimination was filed with the EEOC. Under the EPA, an individual may file suit at any time.

In addition to investigating supportable charges, we can attempt to negotiate a settlement for you or arrange for mediation between you and the Respondent. You may also attempt negotiations on your own with the Respondent.

*What is the most important thing you can do to assist your case?*

You must keep EEOC informed whenever there is a change in your current telephone number and address. If the EEOC is unable to contact you, your charge could be dismissed. Similarly, if you are asked to cooperate in some way necessary to the investigation, such as by replying to the Respondent's information, and you decline to do so, your charge may be dismissed. It is also your responsibilities to claim any certified mail you receive form the EEOC.

The result of the investigation depends on the kind of evidence that is obtained. It is important to

4

discrimination occurred. In order to prove you have been discriminated against, you must first show that you are a member of a protected class and that because of your membership in that particular class, you were harmed by an employment decision. You must also show that a similarly situated person was not harmed under similar circumstances. This process is known as establishing a *prima facie case,* or a first level stage of proof.Once you have established a *prima facie case,* the employer only has to indicate that it had a legitimate, nondiscriminatory reason for taking the employment action. The burden then shifts back to you to show that the reason offered by the respondent is not believable or not the real reason, but was used to cover discriminatory motives. This is called showing pretext.

Generally, in order to show pretext you must be able to provide: (1) direct evidence such as discriminatory statements; and/or (2) comparative evidence indicating that in a similar factual situation, persons not in your protected group were treated more favorably. If you cannot establish a *prima facie case,* or show pretext, your charge will be dismissed and you will be given a Notice of Right to Sue to pursue your charge in Federal District Court within 90 days of receipt of Right to Sue.

*If you are interested in settlement or mediation, please read on.*

*Mediation*

Mediation is a process outside our normal processing in which the Charging Party and Respondent jointly develop an agreement to resolve the charge, with the help of a neutral third party. It is offered as an alternative to the often lengthy investigative process. Please see the attached "The Facts About Mediation" for more detailed information.

Participation in the mediation program is voluntary and requires your consent prior to your charge being referred for consideration under this alternative. After you have consented to participate under this alternative, the EEOC will review your charge to assess whether it is suitable for a mediation session. If the charge is suitable for mediation, we will contact the employer to request their participation in the program, If you and the employer consent, we will invite you to schedule a mediation session within a short time after the charge is filed. We will refer you to a qualified mediator who will try to help you both develop an agreement to resolve the charge. If that is unsuccessful, the charge will be returned to our normal processes. If you consent to participate in the mediation process, You will be given a form to sign.

*Settlement*

If you choose, the EEOC will make a settlement offer to the Respondent. This can be done at any time during the investigation.

In considering settlement, remember the EEOC does not act as representative or attorney for either side and cannot give legal advice. Also, remember that although a settlement requires compromises by both sides, both parties are winners because they have each achieved a measure of success.

identify witnesses who have relevant information, and to provide us with their current addresses and telephone numbers.

*Is it necessary for you to have an attorney?*

The EEOC does not require you to be represented by an attorney. That is entirely your choice. However, if you are represented by an attorney, we ask that you give us the attorneys' name, address and telephone number, and that you ask your attorney to write to us confirming that he or she does represent you. Copies of everything we send to you will be mailed at the same time to your attorney. We will always contact your attorney before we talk with you about your case, unless we make some other arrangements with you and your attorney.

*Once a charge is filed, how will the EEOC investigate your case?*

The EEOC is a neutral investigative body. Our decision on how to proceed is based on information from both sides. With most charges, we will serve the charge on the Respondent and ask the Respondent to give its position and provide supporting evidence. We will not assume that a respondent is misrepresenting or hiding evidence unless there is evidence to suggest such a possibility. We will ask you to name the witnesses, and we will discuss the witnesses with you in order to evaluate their possible contribution to the investigation. We may decide not to contact some or any of your witnesses, because they do not appear to have information that is relevant to your charge. For example, a witness who does not have firsthand knowledge of the incidents alleged will not be considered relevant. Only witnesses who have relevant information will be requested to provide statements.

When the investigator receives the Respondent's position statement, he or she will review it, along with all the other evidence obtained from the investigation. If the evidence does not support a violation and we decide that continued investigation is not likely to show a violation, we will advise you of our decision and the case will be closed at this stage. If we decide that we require further information to determine whether a violation is likely, we may seek information through interviews, requests for documents, requests for further information, and/or on-site inspections.

*Are there any alternatives to this method of investigation?*

Every case that is filed with the EEOC will also be filed with the state fair employment practices agency. However since you have filed with us, we will investigate, unless you choose to have a state investigation instead. The state's agency's investigative methods are somewhat different and may include a hearing. The state may also investigate employers that we do not, such as employers having fewer than 15 employees, and they may investigate certain issues that we do not.

*What does it take to prove that a discriminatory act occurred?*

As in all civil litigation, the person making a complaint has the ultimate burden of proof that discrimination occurred. We will look for evidence that shows it is more likely than not that

5

Find out about the status of your charge of discrimination any time, day or night, using the EEOC Online Charge Status System. The system is available for charges that were filed on or after September 2, 2015.

- Access the Online Charge Status System via this link https://publicportal.eeoc.gov/portal/ or select the "My Charge Status" button on www.eeoc.gov.

- Enter your assigned charge number (found in the upper right hand corner on your discrimination charge form) and your zip code (as it appears on your discrimination charge form) to sign in. (If you have provided a new address and zip code to EEOC, use the new zip code.) You will be asked to enter a security code displayed in a box on the sign-in screen that is provided to assure additional security for the system.

- After you have signed into the Online Charge Status System, you will see the screen display pictured below. The numbers on the screen shot refer to the features explained beneath it.*



1. A quick view of the stage in the process at which your charge is currently.
2. The name and contact information of the EEOC staff member assigned to your charge or a note that your charge is pending assignment.
3. The EEOC office (and its address) that is handling your charge.
4. The specific actions the EEOC has taken on your charge, numbered sequentially, and the date of each action. (hold cursor over each action to read further details about the task).
5. The general steps in the process, with additional explanations that display when you hold your cursor over a colored box.
6. The range of next steps possible in the investigative process, which pops up when the cursor is held over this box.
7. The flow of the overall investigative process, which comes up when you click on this box.
8. Ends your session on the Online Charge Status System.

*Not every stage of the enforcement process will display for every charge, as each charge follows the process most appropriate to the facts in the charge and the stages of the investigation.

Keep in mind that the EEOC process takes time, so there will be gaps between entries about your charge in the Online Charge Status System. Even when you do not see any change in the status of your charge, EEOC staff are hard at work.

**U.S. Equal Employment Opportunity Commission**
**Dallas District Office**

*207 S. Houston St.*
*3rd Floor*
*Dallas, TX, 75202*
*(972) 918-3580*
*TTY (800) 669-6820*
*Fax: (214) 253-2720*

## CONFIDENTIALITY AGREEMENT

*EEOC NUMBER: 450-2020-02131*

*1. I agree to participate voluntarily in mediation in an effort to resolve the charge(s) filed with the EEOC.*

*2. I agree that all matters discussed during the mediation are confidential, unless otherwise discoverable, and cannot be used as evidence in any subsequent administrative or judicial proceeding. Confidentiality, however, will not extend to threats of imminent physical harm or incidents of actual violence that occur during the mediation.*

*3. Any communications between the ADR Coordinator and the mediator(s) and/or the parties are considered dispute resolution communications with a neutral and will be kept confidential.*

*4. I agree not to subpoena the mediator(s) or compel the mediator(s) to produce any documents provided by a party in any pending or future administrative or judicial proceeding. The mediator(s) will not voluntarily testify on behalf of a party in any pending or future administrative or judicial proceeding. The parties further agree that the mediator(s) will be held harmless for any claim arising from the mediation process.*

*5. Mediation sessions will not be tape-recorded or transcribed by the EEOC, the mediator or any of the participants. All information including all notes, records, or documents generated during the course of the mediation shall be destroyed at the conclusion of the session. Parties or their representatives are not prohibited from retaining their own notes. However, EEOC will not maintain any such notes or records as part of its record keeping procedures.*

*6. If a settlement is reached by all the parties, the agreement shall be reduced to writing and when signed shall be binding upon all parties to the agreement. If the charge(s) is not resolved through mediation, it is understood by the parties that the charge(s) will be transferred to the investigative unit for further processing.*

*Signed digitally by Shaun Justice*                *03-02-2020 04:55 PM EST*
_____          _____
*Charging Party*                                           *Date*
*Mr. Shaun D Justice Sr.*

Enclosure with EEOC
Form 161 (11/16)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* to you (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 — *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Shaun D. Justice, Sr.<br>2718 Lawrence St.<br>Dallas, TX 75215 | From: | Dallas District Office<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 450-2020-02131 | Dennis G. Guzman,<br>Investigator | (972) 918-3594 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice;** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____                    August 19, 2020

**Belinda F. McCalister,**                                (Date Mailed)
**District Director**

Enclosures(s)

cc:    **Todd A. Andrews**
       **General Counsel**
       **INTERTEK -PSI**
       **3612 HECTOR LN**

Enclosure with EEOC
Form 161 (11/16)

### INFORMATION RELATED TO FILING SUIT
### UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* **this Notice.** Therefore, you should **keep a record of this date.** Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than** <u>2 years (3 years)</u> **before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request** <u>within 6 months</u> of this Notice. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

EEOC Form 161 (11/16)          **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Shaun D. Justice, Sr.<br>2718 Lawrence St.<br>Dallas, TX 75215 | From: | Dallas District Office<br>207 S. Houston St.<br>3rd Floor<br>Dallas, TX 75202 |
|---|---|---|---|

| | ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|---|
| EEOC Charge No. | | EEOC Representative | Telephone No. |
| | | **Dennis G. Guzman,** | |
| 450-2020-02131 | | **Investigator** | **(972) 918-3594** |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

_____                          August 19, 2020

Belinda F. McCallister,                                                      *(Date Mailed)*

Enclosures(s)

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please notify EEOC or the state or local agency where you filed your charge if retaliation is taken against you or others who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | ☐ FEPA<br>☒ EEOC | 450-2020-02131 |

| Texas Workforce Commission Civil Rights Division | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Mr. Shaun D. Justice, Sr. | (469) 554-1975 | 1982 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2718 Lawrence St., Dallas, TX 75215 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No *(Include Area Code)* |
|---|---|---|
| PSI -INTERTEK | 201 - 500 | (713) 543-3777 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 310 Regal Row,  Dallas, TX 75247 | | **RECEIVED** |

FEB 1 3 2020

| Name | No. Employees, Members | Phone No *(Include Area Code)* |
|---|---|---|
| | | EQUAL EMPLOYMENT |
| Street Address | City, State and ZIP Code | OPPORTUNITY COMMISSION |
| | | DALLAS DISTRICT |

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN | Earliest: 01-02-2020   Latest: 01-02-2020 |
| ☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | ☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I.  PERSONAL HARM:**

a. On 01/02/2020, Aaron Pulpaneck (Supervisor) slapped me on my but while I was clocking out to leave work. I reported this incident to Jason Allen (Manager).

b. On 01/10/2020, Robert Hill informed me via email that concluded the investigation and findings suggested that Aaron Pulpaneck behavior did not rise to the level sexual harassment.

**ADVERSE ACTION:**

a.  Aaron Pulpaneck stated to Jason Allen that his way of speaking and he does it to other guys in the office.

b.  No reason given.

**III.  DISCRIMINATION STATEMENT:**

I believe that I was discriminated against because of my sex (Male) sexual harassment, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| Feb 13, 2020 ___*Shaun Justice Sr*___<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

## Fwd: January 2nd Incident Follow-up    Inbox

**Shaun Justice** <shaun.justice@intertek.com>
to me

Fri, Jan 17, 10:21 AM

——— Forwarded message ———
From: "Robert A. Hill Intertek" <robert.a.hill@intertek.com>
Date: Jan 10, 2020 4:33 PM
Subject: January 2nd Incident Follow-up
To: Shaun Justice <shaun.justice@intertek.com>
Cc: Jason Allen <jason.b.allen@intertek.com>

Shaun,

As per our conversation earlier this week I am following up with you regarding the incident of unwanted physical contact with another employee which you reported last week.

I'd like to start off my response by complimenting you for how you handled this situation. You showed restraint, professionalism and discipline in how you handled an uncomfortable encounter. I also appreciate the fact that you followed our policy by immediately reporting this incident to your immediate supervisor such that we could investigate and act quickly to address this.

At this point I have completed a review of this incident and our response and have noted the following:

- The physical contact initiated by Mr. Pulpaneck was unwanted and inappropriate conduct for the workplace.
- Mr. Pulpaneck was advised of the inappropriate nature of this conduct, and the need to refrain from this type of behavior in the future...he has committed to doing so and his compliance will be monitored.
- In my view, while the contact was inappropriate, it was not ill intentioned nor malicious in nature.
- This contact was not initiated based upon any protected characteristics, and it ceased immediately when you expressed your discomfort with the action.

Based on the above I have made the determination that this conduct does not rise to the level of "Harassment" as defined by our Employee Handbook (pg.9) and as such, at this point no further disciplinary action is warranted.

We are committed to providing a workplace free from harassment and will continue our vigilance in observing, identifying and properly reacting to any future incidents of this nature, to ensure that our commitment is maintained.

I am concerned about certain statements you made during our conversation pertaining to emotional trauma, "PTSD" and being a victim of sexual harassment...given this I'd like to remind you of our EAP benefit, which includes 24 hour access to trained counselors who can help you by providing some tools and techniques to deal with stress and trauma. They can be reached at www.heiloe4.com -- username is "intertek" and password is "Guest" or you may call 800-227-2195. Utilization of the EAP is free and always confidential.

Regards,

Bob

**Bob Hill**

Direct (713) 543-3777

Mobile (346) 234-2460

www.intertek.com

Charge No. 450-2020-02131    Inbox



**Shaun Justice Sr.** <shaunjustice21@gmail.com>    Tue, May 19, 8:37 AM
to dennis.guzman, bcc: me

Responce to "Respondent's Position Statement ". The details of what happened exactly are.

While I was clocking out to end my work day on January 2, 2020, I was greeted with a slap on my rear end, by supervisor Aaron Pulpaneck. When supervisor Pulpaneck did this I asked him what was his problem, he then stated to me if I didn't like it. I had to control myself before this went left. So I stated to him no and asked for him to follow me to the office supervisor Jason Allen. While do this we closed his office door and I stated to Jason that Aaron has something he needed to share with him. He admitted what he said and did, and I told Jason that I felt violated and wanted to filed a complaint on him. Jason asked Aaron to step out and he called in another supervisor Mickey Lawson to let him know what happen and taken place. Jason filed the complaint with the company hr department Bob Hill. I had to reach out to him and he asked me what happened and I stated how I felt about this and was asked what I wanted to be done. I stated I never been in this type of situation so I didn't know but some actions should be taken seriously. After a week on January 9 , 2020 he responded via email that he felt this was sexual harassment conduct and that they were going to speak to him about not doing it again.

I feel I was sexual harassed by supervisor Aaron Pulpaneck because of the fact of him asking me did I like it and no form of work communication requires one to get his or he attention by slapping them on the rear end. Which has made me working in a hostile environment for the given fact I can no longer be comfortable with clocking out without thinking someone going to do something or thinking back to what happened in the past yet I have to come to work everyday knowing someone can slap someone on there rear end and yet nothing happens.

I feel the discrimination took place when the company was clearly didn't do anything to supervisor Aaron Pulpaneck yet he got a verbal warning from the company. But yet the fact remains if this was me a different race from supervisor Pulpaneck who done this to him or someone else in the workplace environment I would of been terminated with charges placed on me. I just want the rights of the law to be taken place of the guidelines of the EEOC. Please consider the fact that this is and will remain a hostile workplace due to what happened. I'm the employee who was sexually assaulted and have to work in this environment. No one can tell me if I'm not in a hostile environment and this is clearly disturbing to me and very much discrimination in a workplace environment.

JS 44 (Rev. 10/20) - TXND (Rev. 10/20)

# CIVIL COVER SHEET

**3-20CV3172-S**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

*SHAUN D. JUSTICE SR*

**DEFENDANTS**

*Intertek - PSI*

**(b)** County of Residence of First Listed Plaintiff *DALLAS*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *DALLAS*
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED
OCT 19 2020

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

*PRO SE*

Attorneys *(If Known)*

*Todd Andrews*
*General Counsel*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**
PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [x] 320 Assault, Libel & Slander
- [x] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
Other:
- [ ] 540 Mandamus & Other
- [x] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [x] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ *750,000*

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____