# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SHAUN D. JUSTICE, SR. | § § | |
| v. | § § § | CIVIL ACTION NO. 3:20-CV-3172-S-BN |
| PSI-INTERTEK | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [ECF No. 19]. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore **DENIES** Plaintiff Shaun D. Justice, Sr.'s motion for default judgment [ECF No. 17].

**SO ORDERED.**

SIGNED June 16, 2021.

**UNITED STATES DISTRICT JUDGE**