# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SHAUN D. JUSTICE, SR. | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-3172-S-BN |
| | § | |
| PSI-INTERTEK | § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore **ORDERED** that Defendant PSI-Intertek's Amended Motion to Dismiss [ECF No. 23] is **GRANTED**, insofar as Plaintiff Shaun D. Justice, Jr.'s Title VII sex discrimination claim is **DISMISSED WITH PREJUDICE**, Plaintiff's unexhausted Title VII race discrimination claim is **DISMISSED WITHOUT PREJUDICE**, and any claim that Plaintiff brings under the law of the Philippines is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED.**

SIGNED January 5, 2022.

_[signature]_
**UNITED STATES DISTRICT JUDGE**